J. M. Cobb and United States Fidelity & Guaranty Company, a Corporation, Plaintiffs in Error, v. Park Trammell, Governor of the State of Florida, suing for the use of Dade County, Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Dade.

Writ of Error dismissed on motion of counsel for plaintiffs in error, at costs of plaintiffs in error.

*Philip Clarkson,* for Plaintiffs in Error;

*Price & Eyles, T. F. West,* Attorney General, and *John C. Gramling,* State Attorney, for Defendant in Error.